ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2762
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA TIGANAS,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>                              Defendants. | CASE NO.  2:26-CV-01581-TLN-CKD<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

Defendants respectfully request a extension of time in which to respond to the Complaint, and Plaintiff does not oppose an extension for a period of forty-five days.

In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in 2016.  USCIS has scheduled Plaintiff's asylum interview for May 26, 2026.  The parties anticipate that this lawsuit will be rendered moot upon the successful completion of the interview.

///

///

///

///

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 10, 2026.  The parties further request that all other filing deadlines be similarly extended.

Dated:  May 27, 2026

ERIC GRANT
United States Attorney

By:  */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated:  May 27, 2026

*/s/ Regina Jacobson (as authorized on*
*May 27, 2026)*
REGINA JACOBSON
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED

DATED: May 29, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE